951 A.2d 264

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Ray D. McCOY, Jr., Petitioner.**

Supreme Court of Pennsylvania.

June 26, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of June, 2008, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

Whether the Sixth Amendment and Article I, § 9 provide a right to counsel before refusing to submit to chemical testing when such refusal would subject the DUI suspect to imprisonment pursuant to 75 Pa.C.S. § 3804(c).